SAMUEL J. STEWART v. THE NORTHAMPTON MUTUAL LIVE STOCK INSURANCE COMPANY.

1. A foreign insurance company cannot recover against one of their members for taxes or assessments levied against him as one of the persons insured, when their agent has not complied with the statutes of this state relative to foreign insurance companies.

2. A recovery cannot be had, unless it appears that the losses to pay, or proportion of which a member is assessed, occurred during the life of his policy.

*Certiorari* to Common Pleas of Warren county.

Argued at February Term, 1876, before Justices DAL-RIMPLE and REED.

For the plaintiff in *certiorari*, *B. C. Frost.*

For the defendants, *J. F. Dumont* and *J. G. Shipman.*

The opinion of the court was delivered by

DALRIMPLE, J. The plaintiffs, a mutual insurance company of the State of Pennsylvania, brought their action below, and recovered judgment against the defendant, one of their members, for taxes or assessments levied by the company against him, as one of the persons insured.

The judgment must be reversed, for the following reasons :

*First*—Because it appears that the plaintiffs below are a foreign corporation, and effected in this state, through an agent, the insurance in question, when the agent had not complied with the statute of this state relating to foreign insurance companies. *Nix. Dig.* 436, §§ 73, 74 ; *Ib.* 431, § 40 ; *Kinyon* v. *Columbia Fire Insurance Co.*, 8 *Vroom* 33.

*Second*—Because it does not appear that the losses, to pay a proportion of which the defendant below was assessed, occurred during the life of defendant's policy.

For these reasons the judgment below must be reversed ; and it is not necessary to express an opinion upon the other reasons filed.